IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HANNAH MACKAY, et al.,

      Plaintiffs,                        No. CIV S-07-1806 GEB DAD PS

      vs.

HILLCREST MOBILE HOME         <u>ORDER</u>
PARK, et al.,

      Defendants.

_____/

      At the present time, the plaintiffs are seven individuals proceeding in this action pro se. Two of the seven plaintiffs are minors. The two minor plaintiffs and three of the adult plaintiffs appear to reside in Foresthill, California. The other two adult plaintiffs appear to reside in Alaska. The caption of plaintiffs' complaint identifies additional plaintiffs as "Smiths 1 through 1,000, inclusive." The proceeding has been referred to the undersigned in accordance with Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

      The two Alaska plaintiffs and one of the three adult California plaintiffs have filed applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The remaining plaintiffs have neither paid the $350.00 filing fee nor requested leave to proceed in forma pauperis. Plaintiffs are informed that they must either pay the filing fee in full or demonstrate that all plaintiffs are unable to prepay the filing fee. In the course of examining plaintiffs' voluminous

complaint to determine whether additional in forma pauperis applications were attached thereto, the undersigned noted documents containing financial information which suggests that some of the plaintiffs may be unable to demonstrate that they are indigent.  Also, in reviewing the three in forma pauperis applications filed by plaintiffs, the undersigned has determined that the applications submitted by plaintiff Nelson and plaintiff Christopher are incomplete and fail to establish their inability to pay the filing fee.[1]  See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).

        Plaintiffs will be granted fifteen days in which to pay the $350.00 filing fee in full or, in the alternative, to file properly completed in forma pauperis applications that make the showing required by 28 U.S.C. § 1915 for plaintiffs Hannah Mackay, Daniel Schoenstein, Lexi Schoenstein, Collin Schoenstein, Elizabeth Christopher, and Dianne Nelson.[2]

        The pro se plaintiffs are advised of the following rule applicable to persons appearing in this court in propria persona:

> Any individual who is representing himself or herself without an attorney must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that duty to any other individual, including husband or wife, or any other party on the same side appearing without an attorney.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by [the Local Rules of Practice for the United States District Court, Eastern District of California].  All obligations placed on "counsel" by these Local Rules apply to individuals appearing in propria persona.  Failure to comply therewith may be ground for dismissal,

---

[1] In her application dated August 31, 2007, plaintiff Nelson indicates that she is permanently disabled but does not state the date of her last employment or provide the other information required by Question 2b.  In her application dated August 18, 2007, plaintiff Christopher indicates that she last worked in April 2007 and contributes to the support of plaintiff Collin Schoenstein; however, the application fails to state the amount of plaintiff Christopher's income from employment between August 18, 2006 to August 18, 2007, the type and amount of money received from any other sources during the same twelve-month period, and the amount of money contributed to the support of Collin Schoenstein.

[2] If in forma pauperis applications are submitted on behalf of the two minor plaintiffs, each application must be signed by the minor's guardian and must be accompanied by a copy of the court order appointing the guardian.

judgment by default, or any other sanction appropriate under these Rules. . . .

Local Rule 83-183(a). Upon plaintiffs' payment of the filing fee or their demonstration that all plaintiffs are indigent, the court will address the issue of the attempted representation of the minor plaintiffs by another plaintiff appearing without an attorney.

      IT IS HEREBY ORDERED that plaintiffs are granted fifteen days to pay the $350.00 filing fee in full or, in the alternative, to file properly completed in forma pauperis applications that make the showing required by 28 U.S.C. § 1915 for plaintiffs Hannah Mackay, Daniel Schoenstein, Lexi Schoenstein, Collin Schoenstein, Elizabeth Christopher, and Dianne Nelson. Plaintiffs are cautioned that failure to timely comply with this order or apply for an extension of time to do so will result in a recommendation that this action be dismissed by the district judge assigned to the case.

DATED: November 26, 2007.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\mackay1806.ord.ifpapp